IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BARBARA WILLIAMS,  )
                   )
        Plaintiff, )
                   )
v.                 ) Civil Action No. 1:17-cv-167
                   )
NANCY A. BERRYHILL )
                   )
        Defendant. )

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated January 18, 2018, in response to Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment. Defendants have not filed objections, and the time for filing such objections has lapsed.

Based on a de novo review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge and finds that the ALJ's decision is supported by substantial evidence and does not contain legal error. It is hereby

ORDERED that Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary Judgment is GRANTED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 13, 2018